[No. 29251-3-II.   Division Two.   April 27, 2004.]

NEIL Q. GOOD, *Appellant*, v. THE DEPARTMENT OF RETIREMENT SYSTEMS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 01-2-01602-1, Wm. Thomas McPhee, J., entered August 26, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 29371-4-II.   Division Two.   April 27, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. TED JENSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 02-1-01110-5, Gary Tabor, J., entered September 27, 2002. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan, A.C.J., and Bridgewater, J.

[No. 29424-9-II.   Division Two.   April 27, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DENNIS HESSLER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-05066-1, Marywave Van Deren, J., entered October 7, 2002. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, A.C.J., and Bridgewater, J.

[No. 29507-5-II.   Division Two.   April 27, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MELANIE A. GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 01-1-00078-9, E. Thompson Reynolds, J., entered October 17, 2002. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, C.J., and Armstrong, J.